**SIGNED.**

*Submitted by:*
Randy Nussbaum, SBN 006417
Peter M. Gennrich, SBN 021788
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
rnussbaum@nussbaumgillis.com
pgennrich@nussbaumgillis.com

Attorneys for Debtors

**Dated: July 15, 2009**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JIMMY LAVELL EVANS and HELENMARIE SLATER,<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>Case No: 2:08-bk-18683-SSC<br><br>**ORDER GRANTING MOTION FOR ABANDONMENT OF REAL PROPERTY LOCATED AT:**<br><br>5442 W. Conifer Lane, Pine, Arizona 85544 |

This matter coming before the Court pursuant to Debtors Jimmy Evans and Helenmarie Slaters' Motion for Abandonment of Real Property Located at: 5442 W. Conifer Lane, Pine, Arizona 85544 (the "Motion"); and

The record and docket confirming that said Motion was duly noticed to all interested persons, and that the Trustee has withdrawn her objection to said Motion, that no other objections have been filed, the bar date for doing so has expired and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted and the following property is hereby abandoned from this bankruptcy estate:

Lot 15, Pine Ranch, according to Map No. 458, records of
Gila County, Arizona.

Also known as 5442 W. Conifer Lane, Pine, Arizona 85544.

**DATED AND SIGNED ABOVE**

14419-1/725363_1.DOC